# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America <br> v. <br><br> Joshua SANCHEZ <br> Sarah Jane BUCHER <br><br> *Defendant(s)* | Case No. 15MJ4102 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  7/1/2015  in the county of Dona Ana  in the District of New Mexico, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1) | Possession with Intent to Distribute approximately 3.5 gross grams of methamphetamine. |
| 21 USC § 846 | Conspiracy |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

SA Enoch J Smith
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-24-15

City and state: Las Cruces, NM

*Judge's signature*

Carmen E. Garza, U.S. Magistrate Judge
*Printed name and title*

United States of America

v.

Sarah Jane BUCHER and Joshua SANCHEZ

On July 1, 2015, Las Cruces DEA Agents conducted a controlled purchase of 3.5 grams (8-ball) of crystal methamphetamine from Sarah Jane BUCHER and Joshua SANCHEZ in Las Cruces, New Mexico using an undercover agent (UC). The UC agent initially met with BUCHER and SANCHEZ at the Wal-Mart located at 1550 S. Valley Dr. in Las Cruces, NM. There, the UC agent made arrangements to purchase 3.5 grams of crystal methamphetamine from BUCHER later in the afternoon. BUCHER stated the purchase price would be $140. The UC agent observed SANCHEZ in the vehicle with BUCHER at this meeting. BUCHER and SANCHEZ were followed by surveillance agents to BUCHER's address of record, at 3509 Winterhaven, Las Cruces, New Mexico.

BUCHER agreed to meet the UC at the intersection of Hickory Dr. and Valley Dr., Las Cruces, New Mexico, and advised that BUCHER would send somebody with the meth. A short time later, SANCHEZ arrived in a white Oldsmobile and parked near the UC agent. SANCHEZ exited his car and got into the UC vehicle. SANCHEZ gave a small clear plastic baggie to the UC agent, and stated that the UC owed him $140. The UC provided $140 Official Government Funds to SANCHEZ, who then went back to his white sedan and departed the area. Surveillance then followed SANCHEZ directly back to 3509 Winterhaven Dr, Las Cruces, New Mexico after the sale of the drugs.

The methamphetamine field-tested positive for the properties of methamphetamine, and the gross weight was 3.5 grams. Prosecution was accepted by AUSA Saltman.

Enoch J. Smith, Special Agent
Drug Enforcement Administration

Carmen E. Garza
United States Magistrate Judge